UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
BASSEM YOUSSEF,                    )
                                   )
          Plaintiff,               )
                                   )
   v.                              )   Case No. 1:11-cv-1362 (CKK)
                                   )
ERIC H. HOLDER, JR, Attorney General, )
                                   )
          Defendant.               )
_____)

## JOINT STATUS REPORT

In accordance with this Court's Order dated October 31, 2012, the parties hereby submit this Joint Status Report submitting the parties' discovery plain outlining the schedule the parties shall adhere to in order to complete discovery on or before December 17, 2012.

1. Deposition Schedule:

    A. Deposition of Erkan Chase (November 19, 2012);

    B. Deposition of Bassem Youssef (November 20, 2012);

    C. Deposition of Daniel Powers (November 29, 2012);

    D. Deposition of Jeanine Santa (December 5, 2012);

    E. Deposition of Aramando Fernandez (December 11, 2012).[1]

2. Deadline for Motions to Compel or other discovery related matters: December 17, 2012.[2]

---

[1] Based on the record of the case, the depositions noticed herein are the only remaining scheduled depositions. Based on continuing discovery the parties may seek to conduct additional depositions, but these depositions will all be completed on or before December 17, 2012.

[2] The parties have exchanged written discovery and have initiated the "meet and confer" process in an attempt to resolve outstanding differences.

Respectfully submitted,

　/s/  Stephen M. Kohn
Stephen M. Kohn, Esq.
D.C. Bar #411513

　/s/  Richard R. Renner
Richard R. Renner
D.C. Bar #987624
KOHN, KOHN, COLAPINTO, LLP.
3233 P Street, N.W.
Washington, DC 20007
Phone: (202) 342-6980
Fax:    (202) 342-6984
Attorneys for Plaintiff

　/s/  Javier M. Guzman
Javier M. Guzman
D.C. Bar #462679
Assistant United States Attorney
District of Columbia
555 Fourth Street, NW
Washington, DC  20530
Phone: (202) 616-1761
Fax:  (202) 514-8780
Javier.Guzman2@usdoj.gov
Attorneys for Defendant

Date:  November 9, 2012