UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
BASSEM YOUSSEF, )
)
                Plaintiff, )
)
v. ) C.A. No. 1:11-CV-01362-CKK
)
FEDERAL BUREAU OF INVESTIGATION, )
et al., )
)
                Defendants. )
)
_____ )

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk:

      No trial date having been set, please take note that in accordance with LCvR 83.6(b) Richard R. Renner withdraws his appearance as counsel for the plaintiff in this civil action. The plaintiff-relator, Bassem Youssef, will continue to be represented by current counsel of record, Stephen M. Kohn of Kohn, Kohn & Colapinto, LLP.

                                                Respectfully submitted,

                                                /s/ Richard R. Renner
                                                Richard R. Renner
                                                D.C. Bar #987624
                                                921 Loxford Terrace
                                                Silver Spring, MD  20901
                                                Phone:  (202) 664-9056
                                                Email: rrenner@igc.org

Date:  December 3, 2012