# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASSEM YOUSSEF,<br><br>    Plaintiff,<br><br>        v.<br><br>ERIC H. HOLDER, JR., United States<br>Attorney General,<br><br>    Defendant. | **Civil Action No. 11-1362 (CKK)** |

## ORDER
### (February 11, 2015)

The Court held a conference call on the record on February 11, 2015, in relation to Defendants' [70] Second Motion to Amend Pretrial Scheduling and Procedures Order.  As discussed during the conference call, the Court hereby **ORDERS** the parties to comply with the following schedule:

- Defendant shall provide Plaintiff with the deposition excerpts (with page and line number) for the two witnesses whom Defendant has identified as outside this Court's subpoena party and whom Defendant is proposing to have testify by deposition by no later than **FEBRUARY 13, 2015**; Plaintiff shall provide Defendant with his counter-designation of deposition testimony for these two witnesses by no later than **FEBRUARY 24, 2015**;

- Defendant shall provide Plaintiff with the paper copies of the Defendant's exhibits identified in the Pretrial Statement, including the three exhibits related to the selection process at issue by no later than **FEBRUARY 13, 2015**;

- Defendant shall provide Plaintiff with his objections to Plaintiff's proposed jury

instructions after reviewing the jury instructions utilized in the first trial by no later than **FEBRUARY 24, 2015**;

- Defendant shall provide to Plaintiff the organizational charts Defendant will use as demonstrative aids at trial by no later than **FEBRUARY 25, 2015**;

- Plaintiff shall file a report regarding the expert testimony of non-retained expert Ed Curran.  Plaintiff and Defendant shall review the other witnesses in this case and determine whether they will be providing expert testimony, although non-retained.  *See* Fed. R. Civ. P. 26(a)(2)(B).  If said witnesses will be providing expert testimony, Plaintiff or Defendant shall provide a report, unless the witness's expert testimony is already contained in deposition testimony in this case.  All reports shall be filed with the Court by no later than **FEBRUARY 25, 2015**.  The report shall include a statement of the witness's area of expertise and specialized knowledge and a complete statement of all opinions that the witness will express and the basis and reason for them;

- The parties shall provide each other with any objections that remain as to the Joint Pretrial Statement after producing the materials outlined above by no later than **FEBRUARY 27, 2015**;

- The parties shall have an in-person meet-and-confer on **MARCH 3, 2015,** at 10:30 A.M. at Plaintiff's counsel's office;

- The parties shall file their Joint Pretrial Statement, any objections to the Joint Pretrial Statement, and responses and replies to objections to the Joint Pretrial Statement by no later than **MARCH 9, 2015**;

- The parties shall file any Motions *in limine* by no later than **MARCH 13, 2015**;

- The parties shall file their oppositions to any Motions *in limine* by no later than **MARCH**

**20, 2015**;

- The parties shall file their replies, if any, in support of their Motions *in limine* by no later than **MARCH 27, 2015**.

The pretrial conference presently scheduled for **APRIL 24, 2015**, at **10 A.M.** remains scheduled for that date.

   **SO ORDERED**.


   _____
                  */s/*
   **COLLEEN KOLLAR-KOTELLY**
   UNITED STATES DISTRICT JUDGE