UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASSEM YOUSSEF, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 11-1362 (CKK) |
| ) | |
| v. ) | ECF |
| ) | |
| ERIC H. HOLDER, JR., United States ) | |
| Attorney General, ) | |
| ) | |
| Defendant. ) | |

## ORDER AMENDING PRETRIAL ORDER

Upon consideration of Defendant's Consent Motion for Two-Day Extension of Time to File Joint Pretrial Statement, the entire record, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Court's February 11, 2015 Pretrial Order is amended as follows:

1. The Joint Pretrial Statement, any objections to the Joint Pretrial Statement, and responses and replies to objections to the Joint Pretrial Statement are due by March 11, 2015.

2. The parties shall meet and confer (in person) to discuss motions in limine on March 18, 2015 at plaintiff's counsel's office.

3. Motions in limine are due by March 19, 2015.

4. Oppositions to motions in limine are due by April 2, 2015.

5. Replies, if any, are due by April 6, 2015.



**IT IS FURTHER ORDERED** that the Pretrial Conference remains scheduled for April 24, 2015.

It is **SO ORDERED** this 9th day of March, 2015.

/s/ Colleen Kollar-Kotelly
Colleen Kollar-Kotelly
United States District Judge