UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASSEM YOUSSEF, )<br>)<br>       Plaintiff, )<br>)<br>  v. )<br>)<br>LORETTA E. LYNCH )<br>U.S. Attorney General )<br>)<br>       Defendant. )<br>) | C.A. No. 1:11-CV-01362 (CKK) |

## EXHIBITS IN SUPPORT OF PLAINTIFF'S SUPPLEMEMNTAL PRETRIAL BREIF

Exhibit 1: Castro deposition

Exhibit 2: Castro sworn statement

Exhibit 3: Chase deposition

Exhibit 4: Youssef e-mail concerning "hang him" meeting [NOT REDACTED]

Exhibit 5: Price deposition

Exhibit 6: Youssef sworn statement

Exhibit 7: Memo from Career Board meeting on 10/23/2009

Exhibit 8: Zarone sworn statement

Exhibit 9: Fernandez sworn statement

Exhibit 10: Defendant's response and objections to Plaintiff's first set of interrogatories

Exhibit 11: North deposition

Exhibit 12: Proposed Redaction for *Mother Jones* article.

2

        Respectfully submitted,

        */s/* Stephen M. Kohn
        Stephen M. Kohn, sk@kkc.com
        DC Bar No: 411513

        /s/ David K. Colapinto
        David K. Colapinto, dc@kkc.com
        D.C. Bar No: 416390

        Kohn, Kohn & Colapinto, LLP
        3233 P Street N.W.
        Washington, D.C. 20007
        Phone: (202) 342-6980
        Fax: (202) 342-6984

        Attorneys for Plaintiff

Dated: July 16, 2015

2