UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - -x

BASSEM YOUSSEF,

        Plaintiff,

      v.                           Case No. 1:11CV01362 (CKK)

LORETTA LYNCH, Attorney General,
United States Department of Justice,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - -x

## **DECLARATION OF VALERIE PARLAVE**

    I, Valerie Parlave, pursuant to the provisions of 28 U.S.C. ᵗ 1746, declare as follows:

## I.   **Background**

    1.    I am currently employed as the Executive Assistant Director (EAD) in charge of the Human Resources Branch (HRB) of the Federal Bureau of Investigation (FBI).  As the EAD, I lead the FBI's human capital needs and oversee its Human Resources, Training, and Security Divisions.  From July 2008 to March 2010, I was the Section Chief of the FBI's Employee Development and Selection Program (EDSP) Section in the Human Resources Division (HRD).  While there, I managed employee and leadership development and the promotional process for special agents, intelligence analysts, and the Senior Executive Service (SES).

    2.    I commenced employment with the FBI in 1991 as a Special Agent.

    3.    As the EDSP Section Chief, I was responsible for administering the FBI's mid-level management selection system, which included selections for GS-15 Assistant Section Chief (ASC) positions, as well as selections for other GS-15 agent positions, including Unit Chief positions, such as the one held by Plaintiff Bassem Youssef in 2009.  As the EAD, I continue to oversee this process.

## II.    Selection Process in 2009

4.      In 2009, during the time period that I was the Section Chief of EDSP, the FBI was in the process of transitioning from a paper-based special agent promotion process to the newly created Automated Special Agent Promotion Program (ASAPP).   Through ASAPP, the agent promotional process was streamlined, automated, and made more efficient.   Although the implementation of the ASAPP system began in early 2009, the entire system did not become fully automated until 2010.   In 2009, only two aspects of the selection process were automated:   the advertisement of the vacancies and the registration of the candidates.

5.      The selection process was initiated when the FBI Division with a vacancy submitted the vacancy announcement or Job Posting to the EDSP, HRD for review and electronic posting.

6.      Once EDSP approved the Job Posting, it was electronically posted within the FBI. Agent candidates then submitted their applications, known as the FD-954, by facsimile to EDSP.

7.      Once the Job Posting closed, EDSP verified that the candidates met the minimum qualifications listed on the Job Posting.

8.      The Division with the vacancy would select a Local Career Board (LCB) Chairperson.   The LCB Chairperson was a nonvoting LCB member, was required to be one grade level higher than the posted position, and was required to receive LCB training prior to the convening an LCB.   The 2009 LCB Training Manual is attached hereto as Exhibit 1.

9.      The LCB Chair would determine whether to conduct interviews of the candidates for the position prior to receiving the job package with the FD-954s from EDSP, and would notify EDSP whether an interview would take place.

10.     The LCB Chairperson selected the LCB Voting Members any time after being selected as the Chairperson, but at least three days prior to the time the LCB was convened.

11.     In 2009, the LCB Chairperson could notify the LCB Voting Members that they had been selected to participate in a certain LCB at any time without violating any of the rules, policies, or procedures of the FBI's special agent promotional process.   Indeed, the LCB Chairperson could have changed or rotated the LCB Voting Members at any time up to the date of the LCB.

12.     The LCB Voting Members were required to be either the same grade or higher than the advertised position, and were required to complete the LCB Voting Members training prior to participating in the LCB.   Such training was conducted by the LCB Chairperson prior to the LCB.

13.     Once the Job Posting closed, and EDSP had collected the FD-954s of the candidates and verified that each candidate met the minimum qualifications, EDSP manually provided the FD-954s to the posting Division's Administrative Section along with a list of the applicants and instructions for conducting the LCB.   The 2009 LCB Instructions are attached hereto as Exhibit 2.

14.     The LCB Chairperson or his designee in the posting Division was the Verification Officer (VO) for the competency examples.   EDSP would notify the VO which competencies would be verified.   The competencies to be verified were selected randomly by a computer.   The VO would contact the identified verifiers for those selected competencies, and inquire if the candidate's descriptions of the accomplishments were accurate.   The verifier was only allowed to respond with "yes," "no," or "I do not know."   No other comments were allowed to be solicited or

3

recorded by the VO.   The information was then documented on the standard Verification Form.

15.     If the VO was not the LCB Chairperson, the VO provided the completed Verification Form to the LCB Chairperson prior to the LCB.

16.     At least three days prior to the LCB, the LCB Chairperson was required to provide the LCB Voting Members with the Job Posting, the FD-954s of the candidates, the anchors created to assess the competency examples, and a blank matrix for their ratings for all candidates.

17.     Three days prior to the LCB, the LCB voting members individually reviewed the FD-954s and the competency examples, and completed their matrices with their ratings for each candidate's competency examples.

18.     The LCB Chairperson would convene the LCB and record how each LCB voting member rated each candidate's competency examples.   The LCB Chair would record the final competency rating for each candidate's competency and the LCB would arrive at a final ranking of the candidates.

19.     The LCB Chairperson would then document the results of the LCB in an electronic communication (EC), and provide the EC and the final matrix to EDSP.

20.     EDSP would review the LCB EC and the final matrix to ensure the LCB adhered to all of the FBI's special agent promotional procedures and policies.

**III.    2004 Changes to the Selection Process Regarding Interviews**

21.     In 2004, the FBI created an entirely new selection system for GS-14 and GS-15 special agent promotions.   The new selection system switched from a one-page application, known as the FD-638, which simply listed a candidate's qualifications for a particular job based on the job posting, to the FD-954 which requires the applicant to provide two specific, and verifiable,

4

achievements or examples illustrating that the applicant possesses each of the core and secondary job competencies set out in the Job Posting.

22.     Under both of these selection systems interviews have been optional.   Under the new system, however, procedures relating to interviews differ in several important respects.   For example, if an interview is to be conducted, the advertising division will indicate to EDSP which competencies the candidates will address during the interview.   EDSP then provides the applicable, approved interview questions to the LCB Chairperson.   The LCB may only ask the pre-approved interview questions provided by EDSP, and the LCB must ask all candidates the same questions.   If interviews are conducted, they are considered the third example of a specific competency.

23.     Additionally, under the new system, all interviews must be conducted by the entire LCB, the interviews must be recorded, and all of the candidates must be interviewed.   Moreover, all of the interviews must be conducted in the same manner, either in person or telephonically. Finally, the LCB Chairperson records the consensus rating for the interview on the final matrix.

24.   In contrast to the controlled questions and format of interviews under the new system, under the prior promotional process, interviews could be conducted by either the chairperson alone or by the entire board, and there were no rules or policies concerning the types of questions asked during the interviews.   There were no standardized interview questions, and the interview questions were formulated by either the chairperson or the career board members without oversight from EDSP.   Moreover, since the job posting did not contain competencies for which the candidates had to provide examples, the interview questions were not required to relate to any particular job competency or duty.   Finally, unlike the new system where the consensus rating of

5

the interview appears on the matrix and becomes the third example for a particular competency, previously there was no formal role for the results of the conducted interviews.

**IV.    October 23, 2009 ACS Selection**

25.     I have reviewed the career board materials associated with the October 23, 2009 selection for the GS-15 ASC position in the Communications Exploitation Section (CXS), Counterterrorism Division (CTD).   EDSP posted the vacancy announcement electronically on September 18, 2009, with a closing date of October 3, 2009.   After posting the position, EDSP received FD-954s from four candidates.   Upon receiving the FD-954s, EDSP determined that the candidates met the minimum qualifications.

26.     CXS Section Chief (SC) Armando Fernandez was the non-voting LCB Chairperson for the 2009 ASC selection, and selected the LCB voting members.   Under EDSP policies and procedures, SC Fernandez could select the LCB voting members at any time.

27.     On October 8, 2009, prior to receiving the job package for the ASC vacancy from EDSP, SC Fernandez notified Aurelia Dunn, Human Resources Specialist, EDSP, HRD, that no interviews would be conducted.

28.     On October 15, 2009, after the job posting closed, upon receiving the FD-954s and verifying that the candidates met the minimum qualifications, EDSP sent the FD-954s, the candidate list, and the LCB instructions to the Administrative Section of CTD.

29.     On October 20, 2009, Paule Louis, an administrative employee from CTD, served as the Verification Officer for the ASC/CXS position.   Ms. Louis verified the examples submitted by the candidates for the Leadership, Interpersonal Ability, and Problem-Solving and Judgment competencies, and completed a Verification Form.

6

30.     After the LCB was held on October 23, 2009, CTD submitted the final LCB Chairperson matrix and an Electronic Communication summarizing the results of the LCB to EDSP.

31.     After receiving the LCB ratings and rankings, EDSP discovered that the LCB Chairperson had miscalculated the scores of the third and fourth ranked applicants.   EDSP determined that Plaintiff, Bassem Youssef, should have been ranked fourth, not third.

32.     Having reviewed the LCB selection materials, I did not find any departure from LCB rules and procedures in the manner in which the October 23, 2009 ASC/CXS LCB was convened or conducted.

33.     The ASAPP Training Guide, Chaper 7, Conducting a Local Career Board, was created and provided to FBI Field Offices and Headquarters Divisions in approximately February 2010.

34.     The LCB Chairperson Training power-point was created and utilized by EDSP in the time period after May 2010.

35.     Prior to the release of those documents, the LCBs utilized Exhibits 1 and 2 when conducting the LCBs.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July 16, 2015

Valerie Parlave
Executive Assistant Director
Human Resources Branch
Federal Bureau of Investigation
Washington, D.C.

Exhibit 1

# SPECIAL AGENT MID-LEVEL MANAGEMENT SELECTION SYSTEM (SAMMSS) CAREER BOARD TRAINING

## I. BACKGROUND OF SAMMSS

- ◆ Standardized job posting and selection system (good practice)

- ◆ Enhance objectivity through substantive and procedural standardization of the assessment and selection system

- ◆ Based partly on BADGE Agreement and subsequent Amendment

- ◆ Job analyses identified eight core managerial competencies

- ◆ Strikes balance between core competencies and specialized skills

- ◆ Organizational requirements and accomplishments

- ◆ The original concept refined by many contributors

## II. SAMMSS - A THREE PHASE PROCESS

### A. PHASE I (LEADERSHIP SKILLS ASSESSMENT)

- ◆ The Leadership Skills Assessment (LSA) was developed

- ◆ Significant relationship between content of assessments and content of the job

- ◆ Feedback mechanism for developmental purposes

### B. PHASE II (JOB POSTING/APPLICATION / LOCAL CAREER BOARDS)

#### 1. JOB POSTING

- ◆ Explanation of format (standardized but still flexible)

- ◆ Same considerations as in the past as goal is to describe each vacancy in terms of relative importance to each core competency (KSA) or technical competencies to the position

i

✦Core competencies -- same as ASAC KSAs (Leadership, Interpersonal Ability, Organizing and Planning, Problem Solving/Judgment, Flexibility/Adaptability, Initiative, Liaison and Communications)

### Preparing the job posting

✦Each posting can have up to seven core competencies.

✦A minimum of four are required.

✦First four competencies <u>must</u> be from the eight core competencies.

✦Next three competencies <u>can</u> be from the pre-approved list of technical competencies. (Think again-what best fits the job requirements--i.e., you can use any combination of the remaining four managerial competencies or any pre-approved technical competencies.)
**(See Tab C)**

✦Based upon the needs of the advertising entity, the posting will state whether the first four competencies will be weighted equally or in descending order of importance. The same will be stated for the remaining three competencies.

✦Mandatory requirements (yes/no) must be chosen from the pre-approved list and justified per job requirements. (Note - the posting division checks if the candidates have met the mandatory qualifications. If they do not, then the candidates are no longer considered during the local career board process.) **(See Tab D)**

✦Interview option (will be discussed later, but posting will have to indicate whether you, "may use" an interview as part of the selection process. If you know at the time of posting that you definitely will not be conducting interviews, you will so state.)

2. <u>APPLICATION PROCESS (FD-954/ FD-955/ VERIFICATION)</u>
   **(The following, and  interviews, if conducted, are the <u>evaluation tools</u> to be utilized by the Local Career Board [LCB].)**

   a) <u>THE CANDIDATE QUALIFICATION FORM (FD-954)</u>

✦Replaces FD-638  for EDSP GS-14 and Non-ASAC GS-15 positions  **(See Tab G)**

✦Checkbox format (yes/no) for "mandatory" requirements

✦Set amount of space for response

2

✦Candidate provides the contact information.

✦EDSP will recommend that prior to submitting an FD-954, the candidate contact everyone who supervised him/her during the time accomplishment was achieved.

✦Verifier must be someone in a current or past supervisory capacity for example cited (i.e., candidates can use former/retired supervisors as verifiers).

✦If candidate uses pre-Bureau experience as an example, verifier must be someone who served in supervisory capacity for the example cited.

✦Same competencies are verified for each candidate within same posting.

### The Verification Officer (VO) and his/her Role

✦The VO is the LCB Chairperson or other as selected by Field Office (FO) Division Head or FBIHQ Division Head or designee.

✦The VO cannot be a voting member of the LCB.

✦If the VO is not the Chairperson, he/she will share results only with Chairperson or Division Head and submit all paperwork to Chairperson.

✦The VO contacts the verifiers for the selected examples.

✦The VO will be responsible for verifying the two examples from each of the three selected competencies/specialized skills.

✦EDSP will advise advertising Division which competencies will be verified.

✦At least one will be from the first four management related competencies.

✦The competencies to be verified will be randomly selected by the computer.

✦VO provides candidate example to verifier (telephonically or in-person).

✦"Is the candidate's description of this accomplishment accurate?"

✦"Yes," " No" or "Don't Know" are the only answers.

✦No other comments should be solicited or recorded.

4

✦If response is "Don't Know," VO should contact candidate to determine whether someone else can verify. If candidate cannot provide another verifer, this example will not be considered by LCB (ramification explained in next section).

✦If verifier responds "No," the LCB will not consider example (ramification explained in next section).

✦If VO is unable to contact verifier, the following should occur:

    --VO will contact candidate to ensure contact number was correct.

    --If the number is correct but the verifier is <u>unexpectedly</u> unavailable (e.g., on foreign travel or serious illness), the VO will contact EDSP to identify another competency/specialized skill to be verified.

    --VO documents results on verification form.  **(See Tab G)**

### c) <u>DIVISION HEAD RECOMMENDATION (FD-955)</u>

✦Division Head Recommendation form (FD-955 )  **(See Tab G)**

✦EDSP will contact Division Heads by e-mail and request their recommendation of candidates in their division who are applying for vacancies.  If the Division Head recommends the candidate, no response will be required back to EDSP. FD-955s will only be required if a candidate is not recommend by the Division Head.

    -- If not recommended, then complete entire FD-955.
        ---Specific scales and definitions for each area rated
        ---Narrative comment to justify rating
        ---Will rate/evaluate: eight core competencies.

✦Division Heads are required to provide a copy of the FD-955 to the candidate.

### 3.    THE CAREER BOARD PROCESS/APPLICATION OF SAMMSS

✦Goal is simple and two-fold:  Prepare you to conduct LCBs in the Field or at FBIHQ as the Chairperson and provide you with the tools to prepare for training that you or your designees(s) will be providing to your LCB members.
-- Each matter will be discussed/reviewed in the context of an LCB.

◆Two verifiable examples for each competency requested (14 total)

◆At least one example from each competency must be derived from FBI experience.

◆Verifier contact information for individual with supervisory/oversight knowledge of example is required for each example.

### Evaluation of the FD-954

◆Standardized criteria established for assessing a candidate's accomplishments with respect to each core management competency

◆Standardized criteria established for assessing a candidate's accomplishments with respect to each program's specific, technical competency

◆Limiting the range of preferred qualifications available enables standardization of assessment criteria

◆Use of "anchors" for evaluating accomplishments claimed on the FD-954 provides greater guidance to evaluators, thereby increasing objectivity.   **(See Tabs E / F)**

◆A uniform rating scale will be used as follows (highest to lowest level):
   **E** - Exemplary;
   **S** - Skilled;
   **C** - Competent;
   **M** - Marginal;
   **I** - Ineffective.

◆No plus or minus ratings (i.e., E+, S-, C+).

◆A rating of "Competent/Acceptable" is a good thing and will characterize the vast majority of candidates.

◆If the anchors are correctly applied, "Exemplary" ratings should be rare.

### b) **VERIFICATION PROCESS  (Ramifications explained in Section 3)**

◆Verification Officer's form   **(See Tab G )**

◆Standardized process by which candidate's competency write-up information is verified for accuracy.

### a) COMPOSITION OF CAREER BOARDS

◆Chairperson must be a non-voting member and at least one grade higher than the position being heard.

◆Minimum of three voting members.

◆Voting members must be at least a grade equal to or greater than advertised position.
--For field, at least one voting member must be at the grade equal to the advertised position.
--For FBIHQ, voting members must be at the grade equal to or greater than the advertised position.

◆At least one voting member (or non-voting observer of any grade) who is a member of protected class must be present at LCB meeting.

### Rotation of LCB Chairperson and Members:

◆LCB Chairperson and voting members rotate on a semi-annual basis.

◆For field, if there is more than one ASAC or where there are more than six SSAs, the Chairperson and voting members of the LCB must be selected on a six month rotating basis.

◆In one ASAC offices, the ASAC can serve as permanent Chairperson.

◆The SAC will notify all employees via EC listing who are the Primary and Alternate Chairpersons, as well as who are Primary/Alternate Voting Members for each six month period. (An odd number of voting members should be set forth in EC and there will be a new EC prepared every six months.)

◆LCB must be convened within 90 days of job posting closing date.

### Final Preparation for Convening the LCB:

◆All LCB Chairpersons will  provide LCB members the following no less than three calendar days prior to the scheduled LCB:
> 1) copy of the job posting;
> 2) each candidate's FD-954;
> 3) the anchors associated with each competency/specialized skill; and
> 4) a blank matrix.

◆The individual LCB member rating (including yours -- even though not voting) are to be

completed.  Remember, there are no + or - ratings and every example   (14 total) will be rated by each member.  **(See Tab G)**

◆The verification form has been completed by the VO, is in your possession, and the results are known only to you.

◆The Division Head recommendation envelope is in your possession, and has not been opened (if opened then only by you, and only you know the results).

◆No "presenters" will be permitted to provide input to LCB members either before or during the LCB deliberations.

### Convening the LCB :

◆The LCB  must be audio recorded.

◆Chairperson will record a standard preamble similar as to the past (i.e., date, who is present, their role in the LCB, and the posted job description/qualifications).

### Documenting the Ratings:

◆Chairperson will ask each voting LCB member how they rated **each** example for **every** candidate (in alphabetical order for consistency).

◆For example, each voting member will state how they rated candidate A  in 1a,1b, 2a, 2b, 3a, and so on.  The same will then be done for candidate B.  Chairperson will document the ratings for each example for each candidate.

### The Consensus Process:

◆Majority vote determines consensus.

◆If ratings are within one level, the majority is the consensus (i.e., two rate an "S" and one rates an "E", the consensus is "S").

◆If ratings are more than one level apart (i.e., one rates "E", one rates "S" and one rates "C"), a discussion will occur.

◆The member with the highest rating should be asked to begin the discussion.  This member should provide an explanation for his/her rating based upon an example/anchor comparison. Thereafter, a discussion with the other voting members will occur.

✦If consensus is not achieved via discussion, the Chairperson will serve as the tie breaker.

✦The process continues for each example of each competency for every candidate.

> **NOTE:**  Personal knowledge of a candidate can be used by a LCB member during discussion.  However, comments **must** pertain to example cited by candidate.  If any ratings are changed (positive or negative) based upon these comments, detailed comments and the resulting changes must be documented within the EC to EDSP.

## Results of the Verification Process:

✦ If all candidate examples were verified "Yes" by the VO, then the Chairperson will so state.

✦If VO received any "No" response(s), the Chairperson will identify the candidate and the specific example that was not verified.

✦For example, the Chairperson should simply state, "Candidate A's answer to example1a was not verified."

✦ Those examples not verified will <u>not</u> be used by the LCB in determining the final overall rating for a particular competency/specialized skill.  For example, if Candidate A received a consensus rating of "E" in 1a and an "S" in 1b, but 1a was not verified, the "E" rating will not be used in determining the overall rating for that competency/skill.  In other words, it is as though that example does not exist.

## Standard Rules for Determining the Final Competency Rating:

✦Remember, you are now deciding what rating a candidate will receive for each of the seven competencies/specialized skills, rather than for each separate example.

✦If identical consensus ratings for each example, that rating is the overall rating.  For example, Candidate A receives a rating of  "S" in 1a and an  "S"  in 1b, the overall rating will be an "S."

✦If consensus ratings are within one level of each other, the lower rating is the overall rating. For example, Candidate A receives a rating of "S" in 1a and a rating of "C" in 1b, the overall rating will be a "C."

✦If consensus ratings are more than one level of each other, the final rating cannot be higher than one below the highest or lower than the lowest.  For example, Candidate A receives a consensus rating of "S" in 1a and "M" in 1b.  The Chairperson will ask the members to discuss the candidate's

examples (those who rated the highest should start first) and decide on an overall rating for this competency.  If necessary, the Chairperson will make the final decision. Regardless, the candidate will not be able to receive anything higher than a "C" or lower than an "M."

◆If no verification of an example within a competency **or** if candidate provides only one example, the highest rating for the overall competency rating can be no greater than two levels lower than the consensus for the other example.  For example, Candidate A receives a consensus rating of "E" in 1a and an "S" in 1b.  However, 1a was not verified.  Since the only verified example is 1b (an "S"), the overall rating must be two levels lower than the verified example.  As such, the candidate would receive an overall rating of "M."

## "Totality of Experience" Considerations:

◆Taking into account the standard practice that will be applied to obtaining a   consensus rating, career board members will also be permitted to consider the totality of the candidate's experience as it relates to the particular job posting in determining the final consensus rating. The totality of this experience will be leaned from a review of the candidate's FD-954.  The Chairperson will be required to document the reasoning behind this in the EC to EDSP.

◆Example:  Candidate A receives a rating of "S" in 1a and a rating of "C" in 1b, and all examples were verified.  Using the standard set forth above, the candidate cannot receive an overall rating higher than an "S" or lower than a "C", and should be given an overall "C" rating.  However, assume the job vacancy is for a White Collar Crime Squad focusing on Public Corruption matters. Both examples provided by the candidate are in reference to Public Corruption experience and the candidate has been assigned to FBIHQ in the Public Corruption Unit for the past two years.  A review of the pre-Bureau experience shows that the candidate was a District Attorney for seven years, during which he/she prosecuted several Public Corruption cases.  Based upon a totality of information provided in the candidate's FD-954, the LCB can give this candidate an overall rating of "S."

## Interview Process:

◆Interview is optional ( i.e., by choice of the Advertising Division/LCB).

◆If the Division decides to conduct an interview, it must notify EDSP in the job posting by indicating that an interview "will be" or "may be" used in the selection process.

◆Prior to receiving the job packages, the Division must advise EDSP that they will conduct an interview (if the job posting stated "may be") and which competencies/specialized skills it would like to address. (The Division will not be required to ask questions for all competencies/specialized skills required for the position.)

*- If interview is conducted, it will be considered another example of the competency. As such, the following rules (which are consistent with the ASAC Selection System) will apply:*

✦Method of interview must be consistent (all in-person or all via phone -- vast majority will be the latter.)

✦Standardized interview questions for each competency have been developed and will be available to the Division for selection.

✦Can only ask questions based on competencies requested in job posting.

✦All interviews will be conducted by LCB during the LCB.

✦All interviews will be audio recorded.

✦All interviews can be conducted at any time prior to the overall candidate competency consensus.

✦Must ask same questions of all applicants.

✦Rated using standardized scales (same as for core managerial and technical skills).

## The Interview Results Will be Recorded/Considered as Follows:

✦Each LCB member will record rating on his/her matrix under the competency/specialized skill to which the interview question pertained.

✦For example, if initiative is listed as the first qualification, each LCB member will have rated examples provided in "1a" and "1b". If the interview question pertains to initiative then the LCB member will rate the candidate in "1 Int".

✦The same rules as to the overall consensus ratings (discussed above) will be applied.

✦If a candidate receives the same rating for two examples, and a different one for a third (which is one level apart), the overall rating will be based on the two examples with the same rating. For example, Candidate A receives a rating of "S" in 1a, a rating of "C" in 1b, and a rating of "S" in 1 Int., then his/her overall rating will be an "S."

✦If a candidate receives the same rating for two examples and a different one for the third (which is at least two levels apart), the overall rating is either the majority rating or the next rating (as

10

determined by discussion of the LCB).  For example, Candidate A receives a rating of "S" in 1a, a rating of "M" in 1b, and a rating of "S" in 1 Int.  The Chairperson will ask the members to discuss the candidate's examples and decide on an overall rating for this qualification.  Regardless, this candidate will not be able to receive any rating higher than "S" or lower than a "C".

◆If a candidate receives three different consensus ratings for each of the examples,  then the overall rating cannot be lower than the lowest rating given or higher than one level below the highest rating given.  For example, Candidate A receives a rating of"S" in 1a, a rating of "C" in 1b, and an "E" in 1 Int.  The Chairperson will ask the members to discuss the candidate's examples and decide on an overall rating for this qualification.  Regardless, this candidate will not be able to receive any rating higher than an "S" or lower than a "C."

### Ranking the Candidates:

◆Once all candidates receive an overall rating for each competency/specialized skill, the LCB will decide the ranking of the candidates.  The board can rank as many candidates as they deem qualified for the posted position, but it is recommended the LCB rank at least three candidates.

◆Final rankings will be based upon the overall scores achieved by each of the candidates for each of the competencies.

◆Final rankings will be based upon weighting of competencies as set forth in the job posting.

◆Competencies may be weighted equally or in descending order **within** competency groupings  (the first four and the last three).   This will be decided by the advertising entity at the time of the posting.

◆For example,  if the first four competencies are Leadership, Interpersonal Skills, Problem Solving/Judgement, and Initiative, the LCB will either weight them equally or in descending order when deciding the final ranking, depending on how it was listed in the posting.  The same will apply to the remaining three competencies.  Regardless, the first four competencies will **ALWAYS** be weighted higher than the subsequent three competencies.  (Numerical calculations are prohibited.)

◆Based upon the weight applied to the qualifications (as set forth in the job posting) and each candidate's overall rating in each competency/specialized skills, the LCB will decide the order of the ranked candidates.  This ranking will be documented in an EC to the SAMMS Board.

◆If candidates are rated similarly and there would be a tie, then totality of experience can be used in ranking the candidates.

### Division Head Recommendation:

◆Once the LCB has decided upon the ranking of the candidates, the Chairperson will unseal the Division Head recommendation envelope and share with the LCB members the recommendations for each ranked candidate.

◆Discussion will ensue if final rankings are modified.

◆Final rankings will be done by majority vote.

◆In the event of a tie, the Chairperson will make the deciding vote.

◆If the LCB decides to change the ranking, the following rules apply:

◆If candidate ranked by LCB and candidate received "recommend," candidate **may not** be unranked.

◆If candidate ranked by LCB and candidate received "do not recommend," candidate **may** be un-ranked .

> - **Note:** No unranked candidate can be ranked per Division Head recommendation since the recommendation results will not be provided by the Chairperson to the voting members.

### Division Head Review:

◆No change in process.

◆If Division Head concurs with the LCB rankings, the EC to EDSP will so state.

◆If Division Head does not concur, he/she can provide written justification for new ranking in an addendum to the EC to EDSP/SAMMS Board. For example, the justification would address correcting SAMMSS policy adherance by the LCB or why the Division Head believes the LCB rated a candidate too high or  too low. Re-rating the competencies by the Division Head is prohibited.

### The following actions are *prohibited:*

◆Discussion of protected characteristics (age, color, religion, disability, national origin, race or gender).

◆Discussion of undocumented informal communications between LCB members or between LCB members and other individuals regarding the candidates.

◆Evaluating candidates on any factor **not** included under the qualifications in the posting.

◆Review of candidates personnel files.

◆Use of performance appraisals.

◆Contact with a candidate's rating or reviewing official.

◆Use of any unsolicited comments in the evaluation process.

◆Use of numerical calculations.

◆Personal knowledge of candidates unless the knowledge is directly related to a specific example provided by the candidate.

### Required Documentation of the LCB:

◆The results of the LCB will be documented in an EC and forwarded from the respective division to EDSP who will review the EC to ensure the LCB adhered to all policies.  The job package EC must be approved by EDSP personnel prior to being scheduled for a SAMMS Board.  **(See Tab I)**

◆LCB will have 30 days to forward the EC/documentation to EDSP.

◆SAMMS Boards will be held the first and third Wednesdays of every month.

◆EC must be received and underline approved by EDSP three weeks prior for inclusion on the next SAMMS Board.

◆The Division convening the LCB will maintain all documentation and audio recordings of the LCB, including, but not limited to, the anchors used, the VO's documentation and the LCB members notes and matrixes.

◆LCB documentation must be maintained for 10 years from the date of the SAMMS Board or the conclusion of any litigation. whichever is longer.

### The Local Career Board  EC to EDSP must include the following:

◆Location of the LCB's documentation.

◆Statement(s) that none of the prohibited LCB activity occurred.

13

✦Statement that the Chairperson and all voting LCB members received training pertaining to the SAMMSS career board process.

✦Whether an interview was conducted (see below for further instructions)

✦Identification of the VO.

✦That the VO made appropriate verifications for all candidates.  Specifically state which examples were verified and which ones were not verified for each candidate.

✦That each candidate's background was evaluated based on his/her qualifications for the position contained within their FD-954 and their respective Division  Head recommendation.

✦List the qualifications, including any mandatory qualifications, if applicable.  State  whether the first four competencies and last three competencies were  weighted in equal or descending order of importance.

✦The posting division checks the mandatory qualifications.  Identify if candidates have met the mandatory qualification or not.  Those candidates who do not meet the mandatory qualification are no longer considered during the LCB process.

✦Identification of the LCB members (including non-voting members/observers, minority representative, etc.)

✦Identification of the candidates.

✦The ranked candidates in order of the ranking.

✦A narrative supporting the rankings which includes a BRIEF synopsis of the ranked candidates utilizing the final matrix ratings (i.e., what  final competency ratings separate the candidates). It is NOT necessary to repeat information contained in the candidates' FD-954s as the LCB has already done this during the standardized rating/consensus process.

✦A narrative supporting the reasons for not ranking candidate(s).

✦Division Head concurrence or nonconcurrence with the ranking.  If Division Head does not concur, he/she will attach an addendum to the EC.

✦The LCB Chairperson <u>can not</u> sign for the Division Head on the EC.

✦A copy of the final matrix should be attached to the EC.

**If any of the following occurs during the LCB process, narrative documentation must be provided in the EC:**

✦If a competency example could not be verified, must identify the candidate and which specific example(s) could not be verified.

✦If a competency example was not answered, must identify the candidate and which specific example was not answered.

✦If interviews were conducted, must document:  1) the questions asked; 2) that all candidates were asked the same questions by the entire LCB: 3) that standard anchors were used in rating the candidates; and  4) set forth results in the matrix.

✦If a personal observation regarding a candidate's competency example was made **and** a consensus rating was influenced based upon these observations, details must be documented.

✦If the "totality of a candidate's experience" gleaned from the FD-954 was used to give an overall consensus competency rating which, under the established rules, would **not** have been given, specific details must be documented.

✦If LCB changes any candidate's rankings based upon a review of the FD-955, the specific reason for the change must be documented.

## III.   PHASE III (REVIEW AND SELECTION)

▣   Division Head Review

▣   EDSP Review

▣   SAMMS Board Review and Selection

## IV.   KEY POINTS TO REMEMBER

▣   Standardized format/guidelines

▣   Standard career board evaluation tools
   - Candidate Qualification Form (FD-954)
   - Verification of candidate examples
   - Division Head Recommendation

(FD-955 provided only if not recommended)

- ▪ Standardized core/technical competencies with corresponding anchors

- ▪ Formalized procedure for rotating Chairperson and voting members

- ▪ Set deadlines for convening a board and reporting results
    - LCB must be convened within 90 days of posting.
    - Chairperson must provide appropriate LCB materials to members no less than three days prior to LCB.
    - LCB results must be forwarded by EC to EDSP within 30 days of LCB

- ▪ Set guidelines for reaching consensus ratings, determining final competency ratings, conducting an interview (optional), ranking the candidates, and considering the Division Head Recommendations.

- ▪ Standard format for documentation of LCB results, including the matrices and the EC to EDSP

Exhibit 2

3/10/2009

To:     All Career Board Chairpersons

From:  Section Chief
       Executive Development and Selection Program (EDSP)

Re:    CONDUCTING LOCAL CAREER BOARDS
       EDSP

Pursuant to the EC dated 1/24/2006 (66F-HQ-A1333431, serial 213) Special Agent Mid-Level Management Selection System (SAMMSS) has been fully implemented. The SAMMSS features critical components, including a candidate qualification form, a verification process, and a standardized career board process. Under SAMMSS, all individuals serving on local career boards for promotion of Special Agents **must** have received training in the conduct of those boards. Discontinue utilizing the directions set forth in MAOP, Part I, Section 3-6.4.2. To assist you with your documentation of Local Career Boards (LCBs), attached to this memo are samples of the following documents:

1. LCB Deliberation EC with Division Head ranking
2. Chairperson/Final Matrix (required)

Guidance for writing a job posting and instructions for entering postings in JPA, to include the lists of Core Competencies, Mandatory Qualifications and Technical (Specialized) Competencies may be obtained by contacting Pat Adkins, ext. 8513, Aurelia C. Dunn, ext. 0531 or Alice M. Orlich, ext. 0534

Listed below are the policies for conducting LCBs. More detailed information may be found in the EDSP, SAMMU, web site:
http://home/HRB/HRD/EDSPS/SAMMU/Pages/ResourcesLCBs.aspx including all matrices (voting member and chairperson/final), which are available as savable documents.

- The LCB results must be forwarded to EDSP via EC within 30 days of the LCB meeting. **In the event the EC is not received by EDSP within 30 days of the LCB, the vacancy must be readvertised.**

1

- LCBs must be convened within 90 days of the deadline of the posting.

- The Chairperson must provide the LCB materials (the job posting, each candidate's FD-954, the anchors associated with each competency/specialized skill, and a blank voting matrix) to board members no less than 3 days prior to the LCB to allow time for the board members to conduct individual evaluations of all the candidates.

- The LCB must be audio recorded

- The EC must be received and approved by EDSP three weeks prior to inclusion on the SAMMS Board agenda. SAMMS Boards are held the first and third Wednesdays of each month.

- Your division is required to maintain all LCB documentation (including LCB member notes and individual matricies) and audio recordings **for 10 years or the conclusion of any litigation, whichever is longer.**

- Composition of LCBs

  * Field LCBs - The field LCB Chairperson is a nonvoting member and will always be an ASAC. The LCB will consist of a minimum of three voting members. Voting members must be at a grade equal to or higher than the advertised position. At least one voting member must be at a grade equal to the position being heard, i.e., for a GS-14 field office SSA position, at least one LCB member must be a GS-14. At least one voting member (or nonvoting member observer of any grade) who is a member of a protected class must be present at the LCB meeting. In field offices where there is more than one ASAC or more than six supervisors, the LCB Chairperson and voting members will rotate on a semiannual basis. In one ASAC offices, the ASAC will serve as permanent LCB Chairperson. The SAC/Division Head will notify all employees, via EC, who the primary and alternate Chairpersons are as well as identify the Primary/Alternate Voting Members for each six-month period. The LCB Chairperson and voting members must be trained and certified on the LCB process prior to serving on a LCB. Acting ASACs may chair a field office career board only in one-ASAC offices when the ASAC position is vacant. If there is a permanent ASAC assigned to the field office, an Acting ASAC may not chair the career board.

  * FBIHQ LCBs - An FBIHQ LCB Chairperson is a nonvoting member at least one grade higher than the position being heard. There will be a minimum of three voting members. For FBIHQ GS-14 and GS-15 positions, voting members must be at a grade equal to or higher than the advertised positions.

At least one voting member (or nonvoting member observer of any grade) who is a member of a protected class must be present at the LCB meeting.  The LCB Chairperson and voting members must be trained and certified on the LCB process prior to serving on a LCB.

• Verification Process

    * The verifier for the example cited must be someone in a current or past supervisory capacity, regardless of whether the example cites Bureau or pre-Bureau experience.

    * The Verification Officer (VO) is the LCB Chairperson or his/her designee.  The VO cannot be a voting member of the LCB.

    * If the VO is not the Chairperson, he/she will share results of verifications only with the Chairperson or Division Head and will submit all paperwork to the Chairperson.  LCB members will not know the results of the verifications until after candidates have been evaluated.

    * EDSP will advise the advertising entity which competencies/specialized skills will be verified.  (See cover memo transmitting the job package to the advertising entity for the identification of the competencies/specialized skills to be verified for the specified posting.)  The competencies to be verified are randomly selected and will change from posting to posting.

    * The VO will be responsible for verifying the two examples for each of the three competencies/specialized skills identified by EDSP.  The same competencies/specialized skills will be verified for all candidates.

    * The VO will provide the candidate's example to the verifier (via telephone or in-person) and ask the verifier "Is the candidate's description of this accomplishment accurate?"  The only acceptable answers are, "Yes," "No," or "Don't Know."  No other comments should be solicited or recorded.

        * If verifier responds "Don't Know," VO should contact the candidate to determine whether someone else can verify the example.  If the candidate cannot provide another verifier, this example will not be considered by the LCB.

        * If verifier responds "No," the LCB will not consider the example.

    * If VO is unable to contact the verifier, the VO will contact the candidate to ensure contact number was correct.  *If the verifier is unexpectedly unavailable,*

3

*for example, because of foreign travel or serious illness,* the VO will contact EDSP to identify another competency/specialized skill to be verified.

* The VO will document results of verifications on the Verification Form (which is located on the SAMMU website mentioned on page 1).

- Interview Process

  * Interviews are optional. However, if a division believes interviews may be conducted, the job posting must state that an interview is "possible."

  * Prior to receiving the job package, the advertising entity must advise EDSP which competencies/specialized skills it would like to address in the interview. (The advertising entity will not be required to ask questions for all competencies/specialized skills advertised.)

  * If an interview is conducted it will be considered another example of the competency/specialized skill and the following rules will apply:

    * All candidates must be interviewed.

    * The method of the interview must be consistent (candidates must be interviewed either all in person or all by phone.)

    * Standardized interview questions for each competency/specialized skills have been developed and will be made available to the advertising entity by EDSP.

    * Only questions based on the advertised competencies/specialized skills may be asked.

    * All interviews will be conducted by the entire LCB and will be audio recorded.

     * All interviews may be conducted at any time prior to the overall candidate competency consensus.

    * The same questions must be asked of all applicants.

    * The interview will be rated using the standard anchors.

- Scoring the Competency Examples

  * Majority vote determines consensus

* If ratings are within one level, the majority is the consensus (i.e., two rate "S" and one rates an "E," the consensus is "S")

* If ratings are more than one level apart (i.e., one rates "E", one rates "S" and one rates "C") a discussion will occur to reach a majority

* The member with the highest rating should be asked to begin the discussion. This member should provide an explanation for his/her rating based upon an example/ anchor comparison. Thereafter, a discussion with the other voting members will occur.

* If consensus is not achieved via discussion, the Chairperson will serve as the tie breaker.

* The process continues for each example of each competency for every candidate. (Do not determine Final Consensus ratings for each competency until all competency examples for all candidates have been scored. Only after all competencies have been scored for all the candidates will the Chairperson share the results of the verifications. After the results of the verifications have been shared, the Final Consensus ratings will be determined.)

• Standard Rule for Determining Final Consensus Rating:

* You are now deciding what rating a candidate will receive for each competency/specialized skill, rather than for each separate example.

* If consensus ratings for each example are identical, that ratings is the overall rating (Ratings of "S" for 1a and "S" for 1b, overall rating is "S")

* If consensus ratings are within one level of each other the lower rating is the overall rating. (Ratings of "S" in 1a and "C" for 1b, overall rating is "C")

* If consensus ratings for each example are more than one level of each other, the final rating cannot be higher than one below the highest or lower than the lowest. (Ratings of "S" for 1a and "M" for 1b, overall rating cannot be higher than a "C" or lower than "M." If an interview is held and competency 1a is rated "S," 1b is rated "M" and the interview is rated "S," the final score cannot be higher than an "S" or lower than a "C.")

* If an example cannot be verified or if the candidate provides only one example, the highest rating for the overall competency can be no greater than two levels lower than the consensus rating for the verified example. (Ratings of "E" in 1a

and "S" in 1b.  However, 1a was not verified.  Since the only verified example is 1b (an "S"), the overall rating must be two levels below the verified example, in this case, the candidate would receive an overall rating of "M.")

- **The LCB EC to EDSP must include the following information**:

  * Location of the LCB's documentation

  * Statement(s) that none of the prohibited LCB activity occurred (see list below)

  * Statement that the Chairperson and all voting LCB members received training pertaining to the new SAMMSS career board process

  * Whether an interview was conducted or not

  * Identification of the Verification Officer (VO )

  * That the VO made appropriate verifications for all candidates.  Specifically state which examples were verified and which ones were not able to be verified for each candidate.

  * That each candidate's background was evaluated based on his/her qualifications for the position contained within his/her FD-954 and his/her respective Division Head Recommendation.

  * List of the qualifications, including any mandatory qualifications, if applicable.  State whether the first four competencies and last three competencies were weighted in equal or descending order of importance.

  * Identification of the LCB members (also identify non-voting members/observers, minority representative, etc.)

  * Identification of the candidates

  * List of the ranked candidates in order of the ranking

  * A narrative supporting the rankings which includes a **BRIEF** synopsis of the ranked candidates utilizing the final matrix ratings (i.e., what final competency ratings separate the candidates).  It is NOT necessary to repeat information contained in the candidates' FD-954s.

  * A **BRIEF** narrative supporting the reasons for not ranking candidate(s) (i.e., how [in what final competency] was the candidate scored lower than the

6

ranked candidates)

* Division Head concurrence or nonconcurrence with the ranking. If Division Head does not concur, he/she will attach an addendum to the EC setting forth justification for his/her ranking.

* A copy of the final matrix must be attached to the EC.

- **If any of the following occurs during the LCB process, narrative documentation must be provided in the EC:**

  * If a competency example could not be verified, identify the candidate and which specific example(s) could not be verified.

  * If a competency example was not completed, identify the candidate for which specific example was not completed.

  * If interviews are conducted, they must be tape recorded and must document: 1) the questions asked; 2) that all candidates were asked the same questions by the entire LCB; 3) that standard anchors were used in rating the candidates; and 4) results set forth in the matrix.

  * If a personal observation regarding a candidate's competency example was made **and** a consensus rating was influenced based upon these observations, the details must be documented.

  * If the "totality of a candidate's experience" gleaned from the FD-954 was used to give an overall consensus competency rating which, under the established rules, would **not** have been given, the specific details must be documented.

  * If the LCB changes any candidate's rankings based upon a review of the Division Head Comments (FD-955), the specific reason for the change must be documented.

- The Following Actions Are **Prohibited**

  * Discussion of protected characteristics (age, color, religion, handicap, national origin, race or gender)

  * Discussion of undocumented informal communications between LCB members and other individuals regarding the candidates

  * Evaluating candidates on any factor **not** included under the qualifications in the

7

posting

* Review of candidates' personnel files

* Use of performance appraisals

* Contact with a candidate's rating or reviewing official

* Use of any unsolicited comments in the evaluation process

* Solicitation of any comments other than those outlined in the SAMMSS selection system

* Use of numerical calculations

* Use of plus or minus ratings (i.e., E+, S-, C+)

* Sharing results of verifications with LCB members prior to evaluating candidates

* Review of Division Head Recommendations (FD-955s) by LCB members prior to evaluating and ranking candidates

* Review of Division Head Recommendations (FD-955s) by LCB members for UNRANKED candidates

8

- SAMMS Policy for Selections (Stationary/Nonstationary)

  Selections by the SAMMS Board for field supervisory desks will be from candidate pools as follows. The SAMMS Board will consider candidates in tier 2 and 3 when there are no **qualified** candidates in the first tier of candidates.

  Stationary Desks
  1. Candidates from office where vacancy exists
  2. Candidates from FBIHQ
  3. Candidates from other field offices (SAs first, then sitting SSAs)

  Non-Stationary Desks
  1. Candidates from FBIHQ (For a 12-month period, after completing 15 months at FBIHQ, 18-month TDY'ers will be considered Tier I candidates for non-stationary vacancies in any field office except their own.)
  2. Candidates from office where vacancy exists
  3. Candidates from other field offices (SAs first, then sitting SSAs)

  ALL candidates must be evaluated. However, if qualified candidates from the first tier are identified and ranked, then all other candidates may be grouped together and not further considered since there were sufficient qualified candidates to select from the first tier. If there are no candidates in the first tier, then proceed the same way with the second tier, etc.

- Division Head Review - The division head will review the local career board's recommendation and provide his/her own recommendation. If different from that of the local career board, an explanation based upon the posted qualifications must be provided. Division Heads may NOT rescore any competency examples; however, they may articulate why they believe an example was improperly scored by the local career board. A Deputy Assistant Director may execute the division head review only if that same individual did not chair the local career board.

- Feedback - All information you provide to the SAMMS Board regarding your evaluation of candidates will be given to those candidates requesting feedback.

- The Chairperson may not sign off for the Division Head on the EC reporting the results of the local career board.

  Again, additional guidance/detailed information regarding conducting LCBs may be found in the EDSP, SAMMU, web site http://home/HRB/HRD/EDSPS/SAMMU/Pages/ResourcesLCBs.aspx. If you have any questions regarding the LCB process or reporting the results of the LCB to EDSP, please contact Alice Orlich, ext. 0534.

(Rev. 01-31-2003)

# SAMPLE

## FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                          Date:  08/28/2007

To:  Human Resources              Attn:  SAMMU, EDSP, Room 10929

From:  Cleveland
          Contact:  Smith James 216/622-0031

Approved By:  Jones Mary [THE CHAIRPERSON MAY NOT SIGN OFF FOR
                          THE DIVISION HEAD.]
Drafted By:  Smith James:evp

Case ID #: 67E-HQ-C929693 [USE THIS FILE #, BUT DO NOT UPLOAD]

Title:  GS-14 NON-STATIONARY SUPERVISOR
        SQUAD 8
        CLEVELAND DIVISION
        JOB POSTING #20070001

Synopsis:  The SAMMS Board is advised of the results of the
Cleveland (CV) Division's Special Agent Career Board meeting on
02/01/2007 for the above-captioned vacancy.

Enclosure(s):  One Chairperson/Final matrix prepared by the CV
Division Career Board setting forth the qualifications of each
candidate is enclosed.  [The candidate's background matrix is no
longer required.]

Details:  The CV Division Special Agent Career Board
deliberations for the position were conducted on 02/01/2007.  The
deliberations were audio-recorded and the recording is stored
[identify location].  No discussions were held concerning the
protected characteristics of age, color, religion, disability,
national origin, race or gender.  There were no undocumented,
informal communications between the Career Board members and
other individuals regarding the candidates for this position.
[If there is anything contrary to the above, it should be noted
in a separate paragraph.]

     In considering candidates for this position, the CV
Career Board reviewed the Candidate Qualification Forms (FD-954s)
for all the candidates.  The envelope containing the results of
the Division Head Recommendations was received and maintained by
the Chairperson and was not disseminated to the LCB members until
after the candidates were ranked.  [See EC dated 2/8/2007,
Procedural Change Regarding the Use of Division Head

To:  Human Resources  From:  Cleveland
Re:  67E-HQ-929693, 08/28/2007


Recommendation Form (FD-955), Special Agent Mid-level Management
Selection System (SAMMSS), Executive Development And Selection
Program (EDSP) at 319W-HQ-A1487698, serial 190.]

        None of the candidates were interviewed.  [If
interviews are conducted, the same format, i.e., either by
telephone or in person, should be used for all candidates.  List
the interview questions.]

        Each candidate's background was evaluated based on
his/her qualifications for this position.  Qualifications for
eligibility to apply were [please review your job posting to
obtain the minimum eligibility requirements and the competencies]
three years' FBI investigative experience, one year relief
supervisory experience (must be a current EDSP participant) and a
current minimum PAR of Successful.  FBIHQ Candidates must have 15
months at FBIHQ.  Candidates must have passed the GS-14 or GS-15
Leadership Skills Assessment.  The first four competencies,
weighted in equal order of importance, are as follows:  1)
Leadership; 2) Organizing and Planning; 3) Problem
Solving/Judgment and 4) Liaison.  The last three competencies,
weighted in descending order of importance, are as follows:  5)
Interpersonal skills; 6) Demonstrated experience in the
successful investigation or management of complex
counterterrorism matters in a joint task force environment and 7)
Demonstrated experience in the successful use of sophisticated
investigative techniques such as those requiring court, or FISA
court authorization, and which may include, but not be limited
to, undercover operations, double agent operations, false flag
operations and recruitments-in-place.

        The mandatory qualification for this position was
Certified Public Accountant.  This qualification was verified by
Bernie Kosar, Human Resource Specialist.  Candidates have met the
mandatory qualification, except for the below-listed individuals
who were not further considered:

        SA John Smith
        SA Mary Jones

        All the CV Career Board members, listed below, received
training on the SAMMSS Career Board process prior to serving as a
voting member.

        ASAC Mae West (Chairperson)
        SSA Walter Disney
        SSA Grover Cleveland
        SSA Thomas Jefferson
        SA Helen Troy (non-voting minority/observer)

2

To:  Human Resources  From:  Cleveland
Re:  67E-HQ-929693, 08/28/2007

     The following remaining candidates applied for
captioned position:

     SSA Jim A. Brown, EOD: 03/17/1988, Assignment: CTD
     SSA Drew E. Carey, EOD: 02/23/1992, Assignment: CTD
     SSA Robert A. Feller, EOD: 04/22/1993, Assignment: CID
     SSA Art E. Modell EOD: 06/10/1997, Assignment: CTD

     The Verification Officer was Bernie Kosar, Human
Resources Specialist.  The following competencies were verified
for the candidates: #3, Problem Solving/Judgment; #4, Liaison; and
#6, Successful investigation/management of complex CT matters in a
joint Task Force environment.  However, SSA Brown's verifier
responded with a "do not know" for competency example #3a.  SSA
Brown was contacted for another verifier.  This verifier was
contacted and also responded with a "do not know."  SSA Feller's
verifier responded with a "no" for competency example #6a.  Both
of these examples are circled on the matrix to reflect "not
verified."  **[If a competency example was not provided by the
candidate, identify the candidate and which specific example was
not provided.  If candidate cannot provide another verifier for
the example where the initial verifier said "do not know," then
the example becomes a "no."  This is all identified in the EC.]**

     The CV Career Board applied the standardized ratings for
the candidates, with the exception of the following:

     SSA Carey was rated Exemplary for example #2a,
Organizing and Planning, and was rated Skilled for example #2b.
The career board assessed SSA Carey's overall rating in Organizing
and Planning as exemplary based upon a review of his pre-Bureau
experience.  SSA Carey served in increasing levels of
responsibility for three different corporations.  From 1986-1988
he held the position of Operational Planning Officer for Shaker
Heights Planning Commission.  He also was certified as an Urban
Planner in 1987. Between 1988-1991, he worked for Sunbeam Products
where he was responsible for revamping the receipt and delivery
system for all North American products pertaining to the small
appliance section.  Based upon his successful performance he was
promoted to Associate Vice President.  Due to the strength of SSA
Carey's example for #2a and his prior Bureau experience, the CV
Career Board agreed that his overall rating should be Exemplary
for Organizing and Planning. **[Document any other exception to the
standardized ratings, e.g., if a personal observation regarding a
candidate's competency example was made and a consensus rating was
influenced based upon these observations.]**

     Based upon the consensus ratings, the Career Board
initially ranked the candidates as follows:

Tc:  Human Resources  From:  Cleveland
Re:  67E-HQ-929693, 08/28/2007


     1.  Jim A. Brown
     2.  Drew E. Carey
     3.  Robert A. Feller

     The CV Career Board considers SSA Brown, EOD 03/17/1988, the top-ranked candidate for this position as he has met all the preferred criteria, being rated Skilled on competencies #1, #4, #5 and #7; Exemplary on competency #2 and Competent on competencies #3 and #6.

     SSA Drew E. Carey, EOD 02/23/1992, was rated Competent on competencies #1 and #6, Exemplary on competency #2, Skilled on competencies #3 and #4, Marginal on competency #5 and Skilled on competency #7.  Based on the above evaluation, SSA Carey was the second-ranked candidate because he received a rating of Marginal in competency #5, Interpersonal Skills.

     SSA Robert A. Feller, EOD 04/22/1993, was rated Competent on competencies #1, #2, #4, and #5, and Marginal on competencies #3, #6, and #7.  SSA Feller was rated lower than the higher-ranked candidates because he had three Marginal ratings and no ratings higher than Competent as compared to the higher-ranked candidates.

     Subsequent to the CV Career Board ranking of the candidates, the Division Head Recommendation envelope was unsealed and the results of the Division Head Recommendations for the <u>ranked</u> candidates were reviewed by the LCB Chairperson and voting members.  The review did not cause the CV LCB to alter the rankings as outlined above. **[If the review of the FD-955, Division Head Recommendation Form(s), <u>DID</u> cause a change in the initial ranking, address it as shown in the example below:]**

     Based on a review and discussion of the ranked candidates' FD-955s, the ranking of the CV Division Career Board was revised as follows:

     1.  Jim A. Brown
     2.  Drew E. Carey

     The basis for the change in ranking is described below:

     Upon the review of SSA Feller's FD-955, it was noted that SSA Feller was not recommended by his Division Head. Although he was rated competent and/or skilled in all of the competencies with the exception of interpersonal skills, leadership and initiative, the career board had concerns with the ineffective rating he received for interpersonal skills.  His Division Head cited several examples of poor interpersonal skills. Specifically, SSA Feller had interrupted two unit meetings with

To:   Human Resources   From:   Cleveland
Re:   67E-HQ-929693, 08/28/2007

angry outbursts, and peers avoid working with SSA Feller as he
could be difficult to work with and condescending.   This
particular position requires the person have exceptional
interpersonal skills in order to deal with the variety of
personalities of the various law enforcement agencies assigned to
the JTTF.   Additionally, SSA Feller was rated marginal in
leadership and initiative.   Although SSA Feller did receive
favorable ratings from the career board for the examples cited in
his FD-954, the specificity and strength of the comments provided
by his Division Head convinced the career board that SSA Feller
was not qualified at this time to assume the responsibilities of
the Squad 8 supervisor.

        The below candidate was not ranked for the following
reasons:

        SSA Art Modell was not ranked as he received four
Marginal ratings, three of which were in the first four
competencies, and one Ineffective rating.   He had no rating higher
than Competent.   Overall, he was rated lower than the ranked
candidates.

        SAC Cleveland has reviewed the results of the CV
Division Career Board deliberations for the advertised position
and concurs with the rankings. [If the Division Head disagrees,
he/she can provide written justification for new ranking in an
addendum to the EC. Division Heads may NOT rescore any competency
examples; however, they may articulate why they believe an example
was improperly scored by the local career board.]

◆◆

**LCB Matrix**

2007-0001
Cleveland Division
Squad 8

*(To be utilized by Chairperson & Final Matrix)*

| Candidate Name | | Leadership (1) | Organizing and planning (2) | Problem solving/ Judgment (3) | Liaison (4) | Interpersonal skills (5) | Successful investigation / management of complex CT matters in a joint TF environment (6) | Successful use of SITS (e.g. T-III, FISAs, UCOs, DAOPs, FFs, and RIPs) (7) | Div. Head Rec. | LCB Rank | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jim Brown | A | S | E | (S) | E | S | C | E | | | |
| | B | S | E | E | C | S | S | S | | | |
| | Int | | | | | | | | | | |
| | Overall | S | E | C | S | S | C | S | Y | 1 | 1 |
| Drew Carey | A | S | E | E | S | M | E | S | | | |
| | B | C | S | S | S | M | No Ans. | S | | | |
| | Int | | | | | | | | | | |
| | Overall | C | E* | S | S | M | C | S | Y | 2 | 2 |
| Art Modell | A | C | M | S | C | M | C | M | | | |
| | B | M | M | C | M | M | S | 1 | | | |
| | Int | | | | | | | | | | |
| | Overall | M | M | C | M | M | C | 1 | | | |
| Bob Feller | A | S | S | M | C | S | (C) | C | | | |
| | B | M | C | M | C | C | S | M | | | |
| | Int | | | | | | | | | | |
| | Overall | C | C | M | C | C | M | M | N | 3 | 3 |

\* Overall Rating raised based on "Totality of Experience"   E - Exemplary   C - Competent   I - Ineffective
\*\*Change in Rank based on Division Head Comments   S - Skilled   M - Marginal
Circle around Rating = Not Verified