# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASSEM YOUSSEF,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC H. HOLDER, JR., United States Attorney General,<br><br>    Defendant. | Civil Action No. 11-1362 (CKK) |

# ORDER
(August 24, 2015)

Upon consideration of Defendant's Consent Motion for Extension of Time to Provide Materials to Plaintiff, the entire record, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Court's August 14, 2015, Order is amended as follows: By **August 31, 2015**, Defendant shall provide to Plaintiff all documents demonstrating which "totality of experience" applications were part of LCB policies in 2009 and when the LCB policies changed to include the third application of "totality of experience." Defendant shall also file a Notice of Compliance with the Court by no later than **August 31, 2015**. Plaintiff shall file a Notice with the Court by no later than **September 14, 2015**, indicating whether he is still disputing when the different "totality of experience" applications were in effect and, if there is still a dispute, detailing the nature of the dispute.

**SO ORDERED**.

                                              /s/
                                    **COLLEEN KOLLAR-KOTELLY**
                                    UNITED STATES DISTRICT JUDGE