UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
BASSEM YOUSSEF, )
)
        Plaintiff, )   Civil Action No. 11-1362 (CKK)
)
  v. )   ECF
)
LORETTA E. LYNCH, United States )
Attorney General, )
)
        Defendant. )
_____)

## NOTICE OF COMPLIANCE WITH COURT ORDER

On August 24, 2015, the Court ordered in part as follows:

By August 31, 2015, Defendant shall provide to Plaintiff all documents demonstrating which "totality of experience" applications were part of LCB policies in 2009 and when the LCB policies changed to include the third application of "totality of experience." Defendant shall also file a Notice of Compliance with the Court by no later than August 31, 2015.

Dkt. No. 94.

Defendant hereby provides notice that it has complied with the Court's Order by providing to Plaintiff's counsel all documents located by Defendant that demonstrate which "totality of experience" applications were part of Local Career Board policies in 2009 and when the Local Career Board policies changed to include the third application of "totality of experience."

        Respectfully submitted,

        VINCENT H. COHEN, JR., D.C. Bar # 471489
        Acting United States Attorney for the District of
          Columbia

        DANIEL F. VAN HORN, DC Bar # 924092
        Chief, Civil Division

By:    /s/
JOHN G. INTERRANTE, PA Bar # 61373
JOSHUA M. KOLSKY, DC Bar # 993430
Assistant United States Attorneys
Civil Division
555 4th Street, NW, Room E-4808
Washington, DC  20530
Tel:    202.252.2519
Fax:    202.252.2599
Email: John.Interrante@usdoj.gov
Email: josh.kolsky@usdoj.gov