UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
BASSEM YOUSSEF,                     )
                                    )
            Plaintiff,              )   Civil Action No. 11-1362 (CKK)
                                    )
      v.                            )   ECF
                                    )
LORETTA E. LYNCH, United States     )
Attorney General,                   )
                                    )
            Defendant.              )
_____)

## RESPONSE TO COURT ORDER

Defendant hereby responds to the Court's Order dated August 14, 2015.  ECF No. 92. There, the Court ordered Defendant to:

> file Supplemental Briefing by no later than SEPTEMBER 21, 2015, indicating whether the document attached to Valerie Parlave's declaration submitted with Defendant's previous supplemental pretrial brief, *see* ECF No. [89-1], represents the full LCB policy in effect in 2009. If this document is not the full policy in effect in 2009, Defendant shall provide Plaintiff with the full policy by SEPTEMBER 21, 2015.

*Id*. at 4.

The two documents attached to July 16, 2015 Valerie Parlave declaration submitted with Defendant's previous supplemental pretrial brief discuss the Local Career Board ("LCB") policy but do not represent the entirety of LCB policies in effect in 2009.  Defendants have served a copy of the Special Agent Mid-Level Management Selection System Local Career Board Training Book on counsel for Plaintiff.  This document and the documents attached to the Parlave declaration together comprise the full LCB policy in effect in 2009.

        Respectfully submitted,

        VINCENT H. COHEN, JR., D.C. Bar # 471489
        Acting United States Attorney for the District of
          Columbia

        DANIEL F. VAN HORN, DC Bar # 924092
        Chief, Civil Division

By:     /s/
        JOHN G. INTERRANTE, PA Bar # 61373
        JOSHUA M. KOLSKY, DC Bar # 993430
        Assistant United States Attorneys
        Civil Division
        555 4th Street, NW, Room E-4808
        Washington, DC  20530
        Tel:    202.252.2519
        Fax:    202.252.2599
        Email: John.Interrante@usdoj.gov
        Email: josh.kolsky@usdoj.gov