## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BASSEM YOUSSEF, | ) |
| Plaintiff, | ) Civil Action No. 11-1362 (CKK) |
| v. | ) |
| LORETTA E. LYNCH, United States Attorney General, | ) |
| Defendant. | ) |

## ORDER
(November 10, 2015)

Upon Consideration of Defendant's Motion for Extension of Time to File Response to Plaintiff's Motion for Issuance of Trial Subpoenas, and the entire record herein, it is hereby ORDERED that Defendant's Motion is GRANTED *nunc pro tunc*, as of November 5, 2015. It is further ORDERED that Defendant shall file a response to Plaintiff's Motion by **November 12, 2015**. The Court shall grant no further extensions of time.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge