**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BASSEM YOUSSEF,<br><br>   Plaintiff,<br><br>   v.<br><br>LORETTA E. LYNCH., United States Attorney General,<br><br>   Defendant. | Civil Action No. 11-1362 (CKK) |

**ORDER**
(November 16, 2015)

The Court held the third pretrial conference in this matter on November 13, 2015, during which the Court and the parties (1) discussed remaining objections in the parties' Joint Pretrial Statement, (2) set a trial date of May 16, 2016, and (3) determined a schedule for proceeding until trial. Specifically, the Court and the parties agreed on the following dates:

**(A) Trial**

- **May 16, 2016 – May 27, 2016**: Two-week trial scheduled to take place during this time period.

- **November 30, 2015**: The parties shall file a notice indicating whether the trial dates are agreeable to the witnesses in this case.

- **April 29, 2016 at 10 AM**: The Court shall hold a pretrial hearing regarding voir dire and jury instructions.

- **May 16, 2016, at 9 AM**: The Court shall hold a *Daubert* hearing regarding the expert testimony of Plaintiff's proffered witnesses, Ed Curran and Bassem Youssef.

- **May 17, 2016, at 9 AM**: Jury selection shall begin.

**(B) Armando Fernandez**

- **December 4, 2015**: Defendant shall file a brief regarding the use of Mr. Fernandez's deposition at trial.

- **December 10, 2015**: Plaintiff shall file his response to Defendant's brief.

- **December 17, 2015**: Defendant shall file its reply.

- **January 7, 2016**: Defendant shall file *ex parte* with the Court the materials relating to the disciplinary action or investigation of Mr. Fernandez that are at issue in Plaintiff's [100] Motion for Issuance of Trial Subpoenas.  Defendant shall include in its filing its arguments against releasing the documents as well as supporting case law.  After the Court reviews Defendant's filing, the Court shall issue an order indicating how the Court shall resolve the issue.

- **January 21, 2016**:  The parties shall file a joint notice indicating whether they have scheduled a *de bene esse* deposition of Mr. Fernandez.  The joint notice shall include the logistical details regarding the deposition, including the date and location of the deposition.

**(C) Deposition off Valerie Parlave**

- **February 19, 2016**:  Defendant shall file a notice with the Court describing the basis of Ms. Parlave's personal knowledge regarding (1) the typical career progression of an FBI agent serving in the Unit Chief position and (2) the effect that a denial of the ASC position would have on the reputation of an FBI agent serving as a Unit Chief.  Defendant shall also indicate in its notice whether (3) it intends to call Michael Heimbach as a witness to testify on these issues, and if so, the basis of Mr. Heimbach's personal knowledge regarding these issues.

- **February 26, 2016**:  Plaintiff shall file his response to Defendant's notice.

- **April 1, 2016**:  Plaintiff shall depose Ms. Parlave by this date.

**(D) Plaintiff's Proffered Witness Testimony regarding Reputational Damages and the *Mother Jones* Article**

- **February 19, 2016**:   Plaintiff shall file a notice with the Court that (1) provides additional information indicating the relevant community for evaluating Mr. Youssef's reputation, as well as the quality of Mr. Youssef's reputation prior to this non-selection.  In Plaintiff's filing, he shall also (2) indicate the witness(es) who Plaintiff intends to testify regarding (a) the *Mother Jones* article's publication, such as whether the article was in fact available on the Sentinel, and the time frame that it was on the Sentinel, and (b) the Sentinel's readership, including whether all or most FBI employees look at the Sentinel, whether Mr. Chase and Mr. Castro looked, or were likely to look at the Sentinel, who controls the Sentinel, and who puts articles on the Sentinel.  Plaintiff's filing shall also indicate the basis of such witness(es)'s personal knowledge regarding these issues.

//
//
//

- **February 26, 2016**: Defendant shall file its response to Plaintiff's notice as to the witness(es) who Plaintiff intends to testify regarding the publication of the *Mother Jones* article and the readership of the Sentinel.  Defendant need not respond to the information provided in Plaintiff's notice regarding the relevant community for evaluating Mr. Youssef's reputation.

**SO ORDERED**.

                                                    */s/*
                                      **COLLEEN KOLLAR-KOTELLY**
                                      UNITED STATES DISTRICT JUDGE