UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASSEM YOUSSEF, | ) |
| Plaintiff, | ) Civil Action No. 11-1362 (CKK) |
| v. | ) ECF |
| LORETTA E. LYNCH, United States Attorney General, | ) |
| Defendant. | ) |

## MEMORANDUM REGARDING USE OF DEPOSITION TRANSCRIPT AT TRIAL

Defendant hereby responds to the Court's Order dated November 16, 2015, which ordered, in part, that Defendant file a brief regarding the use of the deposition transcript of Armando Fernandez at trial. *See* Dkt. No. 107 at 1.

Federal Rule of Civil Procedure 32 permits the use of Mr. Fernandez's deposition transcript at trial. That Rule provides in relevant part:

> A party may use for any purpose the deposition of a witness, whether or not a party, if the court finds . . . that the witness is more than 100 miles from the place of hearing or trial or is outside the United States, unless it appears that the witness's absence was procured by the party offering the deposition

Fed. R. Civ. P. 32(a)(4)(B); *see also Armenian Assembly of Am., Inc. v. Cafesjian*, 746 F. Supp. 2d 55, 62-63 (D.D.C. 2010) (Kollar-Kotelly, J.) (discussing the "'unavailable witness' rule"); *Southern Indiana Broadcasting, Ltd. v. FCC*, 935 F.2d 1340, 1342 (D.C. Cir. 1991) (explaining that the Rule represents an exception to the hearsay rule); *Nationwide Life Ins. Co. v. Richards*, 541 F.3d 903, 914 (9th Cir. 2008) (affirming district court's admission of deposition transcript under Rule 32(a)(4)(B)).

It is Defendant's understanding that Mr. Fernandez is more than 100 miles from the U.S.

1

District Court for the District of Columbia.  Mr. Fernandez last worked for the FBI at the San Antonio Field Office and his last known home address is in San Antonio.  Further, Mr. Fernandez has not been employed by the FBI since September 2014, and his absence from the trial location was not procured by Defendant.  Accordingly, Mr. Fernandez is unavailable and Rule 32(a)(4)(B) permits use of his deposition at trial.

        Respectfully submitted,

        CHANNING D. PHILLIPS, D.C. Bar #415793
        United States Attorney

        DANIEL F. VAN HORN, DC Bar # 924092
        Chief, Civil Division

By:    /s/
        JOHN G. INTERRANTE, PA Bar # 61373
        JOSHUA M. KOLSKY, DC Bar # 993430
        Assistant United States Attorneys
        Civil Division
        555 4th Street, NW, Room E-4808
        Washington, DC  20530
        Tel:    202.252.2519
        Fax:   202.252.2599
        Email: john.interrante@usdoj.gov
        Email: josh.kolsky@usdoj.gov